# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00217-CV

---

**N. P. and J. P., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2017-2053B
### THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants N. P. and J. P. filed their notices of appeal on March 29, 2019, and April 2, 2019, respectively. The appellate record was complete May 9, 2019, making appellants' briefs due May 29, 2019. To date, appellant N. P. has not filed a brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order N. P. to file appellant's brief no later than June 21, 2019. If the brief is not filed by that date, the appeal of N. P. may be dismissed for want of prosecution.

It is ordered on June 11, 2019.

Before Justices Goodwin, Baker, and Triana